THE STATE v. SIDENBENDER, Plaintiff in Error.

Division Two, December 13, 1904.

Error to Buchanan Criminal Court.—*Hon. B. J. Casteel*, Judge.

AFFIRMED.

*C. C. Crow* for plaintiff in error.

*Edward C. Crow*, Attorney-General, for the State.

GANTT, P. J.—This cause is before us on writ of error to the criminal court of Buchanan county.

For the reasons assigned in State v. Lee Rosenblatt, page 114, this volume, the indictment is held sufficient. and the writ of error is therefore ordered quashed.

All concur, except *Burgess, J.,* absent.